# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISIDRO RODRIGUEZ, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>FIVE J'S TRUCKING, INC., et al.,<br><br>            Defendants.<br>_____/ | CASE NO. CV-F-07-0671 OWW SMS<br>**New Case No. CV-F-07-0671 LJO SMS**<br><br>**ORDER REASSIGNING DISTRICT JUDGE AND RESETTING SCHEDULING CONFERENCE** |

Based upon the Court's review of the pleadings, the similarity of legal issues and in the interest of judicial economy, the Court finds good cause to assign the case to District Judge Lawrence J. O'Neill pursuant to Local Rule 83-123( c). The Court hereby orders that this action is reassigned from District Judge Oliver W. Wanger to District Judge Lawrence J. O'Neill. Magistrate Judge Sandra M. Snyder shall remain the Magistrate Judge assigned to the case. All further papers shall bear the new case number **CV-F-07-0671 LJO SMS**.

In addition, the Scheduling Conference set for September 5, 2007 before District Judge Wanger is RESET to September 4, 2007 at 8:15 a.m. in Department 4 (LJO) of this Court. The parties may appear by arranging a one-line conference call and telephoning the Court at 559-499-5680. The joint scheduling conference report is due one week before the Scheduling Conference.

IT IS SO ORDERED.

**Dated:   May 9, 2007**                         /s/ Lawrence J. O'Neill
                                                                UNITED STATES DISTRICT JUDGE