IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISIDRO RODRIGUEZ, et al., | CASE NO. CV F 07-0671 LJO SMS |
| Plaintiffs, | **PRELIMINARY SCHEDULING AND DISCOVERY ORDER** |
| vs. | |
| FIVE J'S TRUCKING, INC., et al., | |
| Defendants. | |

This Court conducted a preliminary scheduling conference on September 4, 2007 in Department 4 (LJO). Plaintiffs Isidro Rodriguez, Lee Avila, Humberto Del Rio, Isalino Fontes, Antonio Ortiz, Jose Ortiz, Jose De Jesus Ortiz, Mario Pineda, Simon Resendiz, Rafael Romero, Rafael Sanchez, Guadalupe Solano, and Jesus Romero (collectively "plaintiffs") appeared by telephone by counsel Jerry N. Budin, Law Office of Jerry Budin. Defendants Five J's Trucking, Inc., Mello Milk Transport, Inc., James L. Mello, Jr., and Jeffrey A. Mello (collectively "defendants") appeared by telephone by counsel Keric J. Cushing, Gianelli & Associates. The parties agreed to submit the following preliminary schedule on the Joint Scheduling Report.

This action arises from defendants' alleged failure to pay overtime compensation to plaintiffs and other similarly situated truck drivers. After discussion with counsel, this Court SETS:

1. A February 1, 2008 cutoff for discovery on class certification only;

2. The following briefing schedule for class certification:

        a.       February 12, 2008 – Deadline to file and serve moving papers;

        b.       February 29, 2008 – Deadline to file and serve opposition papers;

        c.       March 7, 2008 – Deadline to file and serve reply papers; and

3.    Hearing on March 14, 2008 at 8:30 a.m. in Department 4 (LJO) on plaintiffs' anticipated motion for class certification.

After resolution of class certification, this Court will set a further scheduling conference.

IT IS SO ORDERED.

**Dated:**   **September 4, 2007**               **/s/ Lawrence J. O'Neill**
                                                      UNITED STATES DISTRICT JUDGE