1  Jerry N. Budin
   State Bar #88539
2  Law Office of Jerry Budin
   2401 E. Orangeburg Ave., Ste. 675-309
3  Modesto, California 95355
   Telephone: (209) 544-3030
4  Facsimile: (209) 544-3144

5  Attorney for Plaintiffs,
   ISIDRO RODRIGUEZ, et al.
6

7  Keric J. Cushing, Esq.
   GIANELLI & ASSOCIATES
8  P.O. Box 3212
   Modesto, CA 95353
9  Telephone: (209) 521-6260
   Facsimile: (209) 521-5971
10
   Attorneys for Defendants,
11 FIVE J'S TRUCKING, INC., et al.

12

13                    UNITED STATES DISTRICT COURT

14                   EASTERN DISTRICT OF CALIFORNIA

15                           (Fresno Division)

16

17 ISIDRO RODRIGUEZ, et al.,        ) CASE NO. CV-F-07-0671 LJO SMS
                                    )
18          Plaintiffs,             ) STIPULATION TO AMEND
                                    ) PRELIMINARY SCHEDULING AND
19 vs.                              ) DISCOVERY ORDER;
                                    ) ORDER
20 FIVE J'S TRUCKING, INC., et al., )
                                    )
21          Defendants.             )
                                   _)
22

23      It is hereby stipulated by and between the parties, through

24 their respective attorneys, as follows:

25      1.   Plaintiffs propounded written discovery to defendants on

26 August 31, 2007.  Thereafter, defendants sought and were granted

27 several extensions to respond to the discovery.  Defendants still

28 need additional time to respond to the discovery.

2. Given that the discovery deadline is February 1, 2008, plaintiffs will not be able to complete their discovery which will include depositions of defendants and their employees and review of extensive business records.

3. The parties have also concluded that it would be more fruitful at this time to explore settlement rather than to expend further resources on continued litigation.

4. Therefore, to allow the parties to engage in good faith settlement discussions and to allow plaintiffs to complete their discovery should settlement not occur, the parties request that this court amend its Preliminary Scheduling Order (Doc. 19) to extend the deadlines as follows:

    a. Cutoff to complete discovery re: class certification - May 2, 2008.

    b. Deadline to file and serve class certification motion - May 16, 2008.

    c. Deadline to file and serve opposition papers - June 6, 2008.

    d. Deadline to file and serve reply papers - June 13, 2008.

    e. Hearing on class certification motion - June 20, 2008 at 8:30 a.m.

Dated: January 29, 2008    LAW OFFICE OF JERRY BUDIN

/s/ Jerry Budin

_____
JERRY BUDIN
Attorney for Plaintiffs,
ISIDRO RODRIGUEZ, et al.

Dated: January 29, 2008    GIANELLI & ASSOCIATES

/s/ Keric J. Cushing

_____
KERIC J. CUSHING
Attorney for Defendants,
FIVE J'S TRUCKING, INC., et al.

ORDER

GOOD CAUSE APPEARING from the above stipulation, it is ordered as follows:

1. The deadlines in the Preliminary Scheduling Order are extended as follows:

    a. Cutoff to complete discovery re: class certification - May 2, 2008.

    b. Deadline to file and serve class certification motion - May 16, 2008.

    c. Deadline to file and serve opposition papers - June 6, 2008.

    d. Deadline to file and serve reply papers - June 13, 2008.

    e. Hearing on class certification motion - June 20, 2008 at 8:30 a.m.

2. In all other respects, the Preliminary Scheduling Order remains in effect.

**IT IS SO ORDERED.**

**Dated:   February 8, 2008**               **/s/ Lawrence J. O'Neill**
                                                     **UNITED STATES DISTRICT JUDGE**