1  Jerry N. Budin
   State Bar #88539
2  Law Office of Jerry Budin
   2401 E. Orangeburg Ave., Ste. 675-309
3  Modesto, California 95355
   Telephone: (209) 544-3030
4  Facsimile: (209) 544-3144

5  Attorney for Plaintiffs,
   ISIDRO RODRIGUEZ, et al.
6

7  Keric J. Cushing, Esq.
   GIANELLI & ASSOCIATES
8  P.O. Box 3212
   Modesto, CA 95353
9  Telephone: (209) 521-6260
   Facsimile: (209) 521-5971
10
   Attorneys for Defendants,
11 FIVE J'S TRUCKING, INC., et al.

12

13                    UNITED STATES DISTRICT COURT

14                    EASTERN DISTRICT OF CALIFORNIA

15                         (Fresno Division)

16

17 ISIDRO RODRIGUEZ, et al.,         ) CASE NO. CV-F-07-0671 LJO SMS
                                     )
18           Plaintiffs,             ) STIPULATION TO AMEND
                                     ) PRELIMINARY SCHEDULING AND
19 vs.                               ) DISCOVERY ORDER;
                                     ) ORDER
20 FIVE J'S TRUCKING, INC., et al.,  )
                                     )
21           Defendants.             )
   _____    )

22

23     It is hereby stipulated by and between the parties, through

24 their respective attorneys, as follows:

25     1.   The Court previously amended its scheduling order to

26 allow plaintiffs to complete discovery regarding class

27 certification (See Doc. 26). Plaintiffs have complied with that

28 deadline and have completed their discovery.

---

STIPULATION TO AMEND PRELIMINARY SCHEDULING          CASE NO. CV-F-07-0671 LJO SMS
AND DISCOVERY ORDER; [PROPOSED] ORDER

1    2.   The parties have concluded that it would be more fruitful at this time to explore settlement rather than to expend further resources on continued litigation, including the upcoming class certification motion.

3.   Therefore, to allow the parties to engage in good faith settlement discussions, the parties request that this court amend its Preliminary Scheduling Order (Doc. 19) to extend the deadlines as follows:

    a.   Deadline to file and serve class certification motion - June 27, 2008.

    b.   Deadline to file and serve opposition papers - July 18, 2008.

    c.   Deadline to file and serve reply papers - July 25, 2008.

    d.   Hearing on class certification motion - August 1, 2008 at 8:30 a.m.

Dated: May 1, 2008        LAW OFFICE OF JERRY BUDIN

                                /s/ Jerry Budin
                              _____
                              JERRY BUDIN
                              Attorney for Plaintiffs,
                              ISIDRO RODRIGUEZ, et al.

Dated: May 1, 2008        GIANELLI & ASSOCIATES

                                /s/ Keric J. Cushing
                              _____
                              KERIC J. CUSHING
                              Attorney for Defendants,
                              FIVE J'S TRUCKING, INC., et al.

ORDER

GOOD CAUSE APPEARING from the above stipulation, it is ordered as follows:

1. The deadlines in the Preliminary Scheduling Order are extended as follows:

    a. Deadline to file and serve class certification motion - June 27, 2008.

    b. Deadline to file and serve opposition papers - July 18, 2008.

    c. Deadline to file and serve reply papers - July 25, 2008.

    d. Hearing on class certification motion - August 1, 2008 at 8:30 a.m.

2. In all other respects, the Preliminary Scheduling Order remains in effect.

**IT IS SO ORDERED.**

**Dated:   May 5, 2008**　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**