```
 1  Jerry N. Budin
    State Bar #88539
 2  Law Office of Jerry Budin
    2401 E. Orangeburg Ave., Ste. 675-309
 3  Modesto, California 95355
    Telephone: (209) 544-3030
 4  Facsimile: (209) 544-3144

 5  Attorney for Plaintiffs,
    ISIDRO RODRIGUEZ, et al.
 6

 7  Keric J. Cushing, Esq.
    GIANELLI & ASSOCIATES
 8  P.O. Box 3212
    Modesto, CA 95353
 9  Telephone: (209) 521-6260
    Facsimile: (209) 521-5971
10
    Attorneys for Defendants,
11  FIVE J'S TRUCKING, INC., et al.

12
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(Fresno Division)

| | |
|---|---|
| ISIDRO RODRIGUEZ, et al., | ) CASE NO. CV-F-07-0671 LJO SMS |
| Plaintiffs, | ) STIPULATION TO AMEND |
| | ) PRELIMINARY SCHEDULING AND |
| vs. | ) DISCOVERY ORDER; |
| | ) ORDER |
| FIVE J'S TRUCKING, INC., et al., | ) |
| Defendants. | ) |

It is hereby stipulated by and between the parties, through their respective attorneys, as follows:

1. The Court previously amended its Preliminary Scheduling Order (Doc. 19) to allow plaintiffs to complete discovery regarding class certification and to allow the parties to engage in good faith settlement discussions (See Order - Doc. 28).

2. The parties need additional time to complete those settlement discussions. They have scheduled a mediation with Michael Loeb of JAMS for July 15, 2008.

3. Therefore, to allow the parties to finish their good faith settlement discussions, the parties request that this court amend its Preliminary Scheduling Order (Doc. 19) to extend the deadlines as follows:

    a. Deadline to file and serve class certification motion - August 11, 2008.

    b. Deadline to file and serve opposition papers - September 1, 2008.

    c. Deadline to file and serve reply papers - September 8, 2008.

    d. Hearing on class certification motion - September 15, 2008 at 8:30 a.m.

Dated: June 19, 2008          LAW OFFICE OF JERRY BUDIN

                                       /s/ Jerry Budin
                                       _____
                                       JERRY BUDIN
                                       Attorney for Plaintiffs,
                                       ISIDRO RODRIGUEZ, et al.

Dated: June 19, 2008          GIANELLI & ASSOCIATES

                                       /s/ Keric J. Cushing
                                       _____
                                       KERIC J. CUSHING
                                       Attorney for Defendants,
                                       FIVE J'S TRUCKING, INC., et al.

ORDER

GOOD CAUSE APPEARING from the above stipulation, it is ordered as follows:

1. The deadlines in the Preliminary Scheduling Order are extended as follows:

    a. Deadline to file and serve class certification motion - August 11, 2008.

    b. Deadline to file and serve opposition papers - September 1, 2008.

    c. Deadline to file and serve reply papers - September 8, 2008.

    d. Hearing on class certification motion - September 15, 2008 at 8:30 a.m.

2. In all other respects, the Preliminary Scheduling Order remains in effect.

**IT IS SO ORDERED.**

**Dated:   June 23, 2008**                              /s/ Lawrence J. O'Neill
                                                   **UNITED STATES DISTRICT JUDGE**