1  Jerry N. Budin
   State Bar #88539
2  Law Office of Jerry Budin
   2401 E. Orangeburg Ave., Ste. 675-309
3  Modesto, California 95355
   Telephone: (209) 544-3030
4  Facsimile: (209) 544-3144

5  Attorney for Plaintiffs,
   ISIDRO RODRIGUEZ, et al.
6

7  Keric J. Cushing, Esq.
   GIANELLI & ASSOCIATES
8  P.O. Box 3212
   Modesto, CA 95353
9  Telephone: (209) 521-6260
   Facsimile: (209) 521-5971
10
   Attorneys for Defendants,
11 FIVE J'S TRUCKING, INC., et al.

12

13                 UNITED STATES DISTRICT COURT

14                 EASTERN DISTRICT OF CALIFORNIA

15                        (Fresno Division)

16

17 ISIDRO RODRIGUEZ, et al.,        ) CASE NO. CV-F-07-0671 LJO SMS
                                    )
18           Plaintiffs,            ) STIPULATION TO AMEND
                                    ) PRELIMINARY SCHEDULING AND
19 vs.                              ) ORDER
                                    )
20  DISCOVERY ORDER                 )
   FIVE J'S TRUCKING, INC., et al., )
21                                  )
             Defendants.            )
22 _____)

23
       It is hereby stipulated by and between the parties, through
24
   their respective attorneys, as follows:
25
       1. The Court previously amended its original Preliminary
26
   Scheduling Order (Doc. 19) on two occasions to allow plaintiffs to
27
   complete discovery regarding class certification and to allow the
28
   parties to engage in good faith settlement discussions (See Orders

---
STIPULATION TO AMEND PRELIMINARY SCHEDULING                CASE NO. CV-F-07-0671 LJO SMS
AND DISCOVERY ORDER; ORDER

- Doc. 28 and Doc. 31).

2. Pursuant to those stipulations, the parties engaged in an all-day mediation session on July 15, 2008 with Michael Loeb of JAMS.

3. As a result of that mediation, the plaintiffs achieved a settlement with one pair of the defendants in this case, Jeffrey A. Mello and Mello Milk Transport, and have filed a Notice of Settlement (Doc. 32).

4. The plaintiffs were not able to achieve a settlement with the other pair of defendants, James A. Mello and Five J's Trucking, but continue to work with the mediator, Mr. Loeb, in hopes of settling the case with them as well.

5. Therefore, to allow the parties to finish their good faith settlement discussions, the parties request that this court amend its Preliminary Scheduling Order (Doc. 19) one last time to extend the deadline for the hearing on plaintiffs' class certification motion for an additional twenty-one days (21) as follows:

    a. Deadline to file and serve class certification motion - September 8, 2008.

    b. Deadline to file and serve opposition papers - September 22, 2008.

    c. Deadline to file and serve reply papers - September 29, 2008.

    d. Hearing on class certification motion - October 6, 2008 at 8:30 a.m.

///
///
///

```
Dated: August 5, 2008          LAW OFFICE OF JERRY BUDIN

                                    /s/ Jerry Budin
                               _____
                               JERRY BUDIN
                               Attorney for Plaintiffs,
                               ISIDRO RODRIGUEZ, et al.


Dated: August 5, 2008          GIANELLI & ASSOCIATES

                                    /s/ Keric J. Cushing
                               _____
                               KERIC J. CUSHING
                               Attorney for Defendants,
                               FIVE J'S TRUCKING, INC., et al.
```

ORDER

GOOD CAUSE APPEARING from the above stipulation, it is ordered as follows:

1. The deadlines in the Preliminary Scheduling Order are extended as follows:

    a. Deadline to file and serve class certification motion - September 8, 2008.

    b. Deadline to file and serve opposition papers - September 22, 2008.

    c. Deadline to file and serve reply papers - September 29, 2008.

    d. Hearing on class certification motion - October 6, 2008 at 8:30 a.m.

2. In all other respects, the Preliminary Scheduling Order remains in effect.

3. This is the Court's last extension of these deadlines and the Court will not entertain any further requests from the parties for additional extensions.

4. NO FURTHER REQUESTS FOR CONTINUANCE WILL BE ENTERTAINED.

**IT IS SO ORDERED.**

**Dated:   August 6, 2008**                   **/s/ Lawrence J. O'Neill**
                                                  **UNITED STATES DISTRICT JUDGE**