**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ISIDRO RODRIGUEZ, et al., | CASE NO. CV F 07-0671 LJO SMS |
| Plaintiffs, | **ORDER AFTER NOTICE OF SETTLEMENT** |
| vs. | |
| FIVE J'S TRUCKING, INC., et al., | |
| Defendants. | |

This Court has been informed that the plaintiffs have reached a preliminary settlement in this matter with the remaining defendants James Mello and Five J's Trucking, Inc. Plaintiff shall file the motion for preliminary approval of the settlement no later than November 7, 2008.

IT IS SO ORDERED.

**Dated:   September 8, 2008**          /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

1