Jerry N. Budin
State Bar #88539
Law Office of Jerry Budin
2401 E. Orangeburg Ave., Ste. 675-309
Modesto, California 95355
Telephone: (209) 544-3030
Facsimile: (209) 544-3144

Attorney for Plaintiffs,
ISIDRO RODRIGUEZ, et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(Fresno Division)

| | | |
|---|---|---|
| ISIDRO RODRIGUEZ, et al., | ) | CASE NO. CV-F-07-0671 LJO SMS |
| Plaintiffs, | ) ) | STIPULATION FOR DISMISSAL WITH PREJUDICE OF ACTION AGAINST |
| vs. | ) ) | DEFENDANTS FIVE J'S TRUCKING, INC. AND JAMES L. MELLO, JR.; |
| FIVE J'S TRUCKING, INC., et al., | ) ) | ORDER |
| Defendants. | ) ) | |

It is hereby stipulated by and between the named plaintiffs to this action, through their counsel, and defendants Five J's Trucking, Inc. and James L. Mello Jr., through their counsel, that the above-captioned action against defendants Five J's Trucking, Inc. and James L. Mello Jr. be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

This stipulation is based on the fact that the named plaintiffs are entering into a settlement with defendants Five J's Trucking, Inc. and James L. Mello Jr. prior to any certification of any classes with respect to those two defendants. Under the current text of F.R.C.P. Rule 23(e), adopted in 2003, such a

settlement does not require court approval:

> [P]rior to certification, the named plaintiffs may dismiss class claims without court approval. The named plaintiffs may settle or voluntarily dismiss their own claims just as in an individual action...in which case the class claims would have to be dismissed as well. Rule 23(e) does not provide the District Courts with any supervisory authority over such dismissals, nor does it require notice to the absent class members. 5 Moore's Federal Practice (3d Ed. 2005), §23.64(2)(a), p. 23-315.

See also F.R.C.P. 23, Advisory Committee Note of 2003 ("The new rule requires approval only if the claims, issues or defenses of a certified class are resolved by settlement, voluntary dismissal or compromise.")(Emphasis added).

DATED: November 5, 2008          LAW OFFICE OF JERRY BUDIN

                                 /s/ Jerry Budin
                                 Jerry Budin
                                 Attorney for Plaintiffs,
                                 ISIDRO RODRIGUEZ, et al.


DATED: November 5, 2008          GIANELLI & ASSOCIATES

                                 /s/ Keric J. Cushing
                                 Keric J. Cushing
                                 Attorneys for Defendants,
                                 FIVE J'S TRUCKING, INC. et al.

## ORDER

Based on the foregoing and good cause appearing therefrom,

IT IS HEREBY ORDERED that this matter be and is hereby dismissed with prejudice as to defendants Five J's Trucking, Inc. and James L. Mello, Jr. ONLY. This case is closed as to these two defendants.

IT IS SO ORDERED.

**Dated:   November 6, 2008**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

---

STIPULATION FOR DISMISSAL WITH PREJUDICE                    CASE NO. CV-F-07-0671 LJO SMS
OF ACTION AGAINST DEFENDANTS FIVE J'S TRUCKING, INC.
AND JAMES L. MELLO, JR.; [PROPOSED] ORDER