Jerry N. Budin
State Bar #88539
Law Office of Jerry Budin
2401 E. Orangeburg Ave., Ste. 675-309
Modesto, California 95355
Telephone: (209) 544-3030
Facsimile: (209) 544-3144

Attorney for Plaintiffs,
ISIDRO RODRIGUEZ, et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(Fresno Division)

| | |
|---|---|
| ISIDRO RODRIGUEZ, et al., | CASE NO. CV-F-07-0671 LJO SMS |
| Plaintiffs, | ORDER AND JUDGMENT ON FINAL APPROVAL OF CLASS ACTION SETTLEMENT |
| vs. | |
| FIVE J'S TRUCKING, INC., et al., | |
| Defendants. | |

Pursuant to the Order On Preliminary Approval Of Class Action Settlement filed herein October 28, 2008 (Doc. 42), a Final Approval Hearing was held at 8:00 a.m. on February 3, 2009 in Courtroom 4 of this Court. Plaintiffs, individually and on behalf of all others similarly-situated (collectively "plaintiffs"), appeared at the hearing by telephone through class counsel, Jerry Budin. Defendants Mello Milk Transport and Jeffrey A. Mello ("Mello") appeared at the hearing by telephone by counsel Keric J. Cushing of Gianelli & Associates. The case was called at the hearing and the Court inquired whether anyone else in the courtroom

was present to participate in the hearing.  There was no response to this inquiry.  The Court then inquired of counsel whether they expected anyone to appear at the hearing.  Both counsel responded in the negative.

Having considered Plaintiffs' Memorandum Of Points And Authorities and Class Counsel's Declaration In Support Of Final Approval Of Class Action Settlement and the papers previously filed herein, the Court makes the following Findings:

1. No class member or interested individual appeared personally at the time and place for the Final Approval Hearing (February 3, 2009, 8:00 a.m., Courtroom 4) which was contained in the Notice provided to all potential class members.

2. The Court finds that notice to the class was the best practicable under the circumstances <u>and</u> was satisfied and timely mailed as previously ordered by the Court.

3. The Court finds that the consideration for the proposed settlement is fair, adequate, and reasonable.

4. The Court finds that there were no objections to and one (1) request for exclusion from the proposed settlement.

5. The Court finds that the settlement was not collusive, and that the parties have engaged in sufficient discovery to understand the strengths and weaknesses of their own and their opponent's cases.

6. The Court finds that the lawyers representing the parties were competent and experienced counsel, and that no party has been subjected to any undue influence in reaching the settlement.

7. The Court finds that the attorney's fees and costs

1  requested by Class Counsel, Jerry Budin, in the total sum of
2  $46,450.23 are fair and reasonable.
3       8.   The Court finds that the formula for disbursement
4  of the settlement proceeds to the Class and the procedure for
5  administration of that disbursement as set forth in the Stipulation
6  Regarding Settlement Of Class Action are fair, adequate and
7  reasonable.
8       9.   The Court finds that the Settlement Class members
9  are similarly-situated and meet the requirements for certification
10 of a class action under F.R.C.P. 23 and as a collective action
11 under 29 U.S.C. §216(b).
12     IT IS HEREBY ADJUDGED AND ORDERED that:
13     1.   The Stipulation Regarding Settlement Of Class Action
14 filed herein on September 25, 2008 (Doc. 39) is approved in full;
15     2.   Defendants Mello Milk Transport, Inc. and Jeffrey A.
16 Mello, jointly and severally, shall pay attorneys fees and costs in
17 the total sum of $46,450.23 to Class Counsel, Jerry Budin, pursuant
18 to the procedures set forth in the Stipulation Regarding Settlement
19 Of Class Action;
20     3.   Defendants Mello Milk Transport, Inc. and Jeffrey A.
21 Mello shall make payments to the Settlement Class members pursuant
22 to the procedures and formulas set forth in the Stipulation
23 Regarding Settlement Of Class Action;
24     4.   This Court shall retain jurisdiction over this matter and
25 the parties for the purpose of enforcing compliance with said
26 Stipulation Regarding Settlement Of Class Action;
27     5.   Upon defendants Mello Milk Transport, Inc. and Jeffrey A.
28 Mello's satisfaction of their obligations under said Stipulation

Regarding Settlement Of Class Action and the payment of all sums pursuant thereto, plaintiffs' counsel shall notify the court, whereupon this matter shall be dismissed with prejudice.

**IT IS SO ORDERED.**

**Dated:   February 3, 2009**               /s/ Lawrence J. O'Neill
                                        **UNITED STATES DISTRICT JUDGE**