```
                    IN THE UNITED STATES DISTRICT COURT

                    FOR THE EASTERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| ISIDRO RODRIGUEZ, et al., | CASE NO. CV-F-07-0671 LJO SMS |
| Plaintiffs, | **ORDER TO CLOSE CASE** |
| vs. | |
| FIVE J'S TRUCKING, INC., et al., | |
| Defendants. / | |

Judgment in this matter has been entered. Therefore, the clerk is directed to CLOSE the action. IT IS SO ORDERED.

**Dated: May 6, 2009**                    /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE

1