1 Jerry Budin
State Bar No. 88539
2 **Law Office of Jerry Budin**
2401 E. Orangeburg Ave., Suite 675-309
3 Modesto, CA 95355
Tel: 209-544-3030

Attorney for Plaintiffs Isidro Rodriguez et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISIDRO RODRIGUEZ, et al., | Case No. CV-F-07-0671 LJO-SMS |
| Plaintiffs, | STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER |
| vs. | |
| MELLO MILK TRANSPORT, et al., | |
| Defendants. | |

### **STIPULATION**

Pursuant to ¶5 of the ORDER AND JUDGMENT ON FINAL APPROVAL OF CLASS ACTION SETTLEMENT entered herein on February 3, 2009 (Doc. 50), counsel hereby notify the Court that all of the obligations under said Judgment have been satisfied by the defendants and, therefore, this matter should be dismissed with prejudice as to the remaining defendants MELLO MILK TRANSPORT and JEFFREY A. MELLO.

**IT IS SO STIPULATED**.

Dated: September 8, 2010     GIANELLI & ASSOCIATES


By: /s/Keric J. Cushing
KERIC J. CUSHING
Attorneys for Defendant MELLO MILK
TRANSPORT and JEFFREY A. MELLO

1
2  Dated:   September 8, 2010          LAW OFFICE OF JERRY BUDIN
3
4                                      By: /s/Jerry N. Budin_____
                                           JERRY N. BUDIN
5                                          Attorneys for Plaintiffs
6
7                                 **[PROPOSED] ORDER**

8       Based on the foregoing Stipulation of counsel for the Parties, and good cause
9  appearing therefrom,
10      **IT IS HEREBY ORDERED** that this matter is hereby dismissed with prejudice
11 as to the remaining defendants MELLO MILK TRANSPORT and JEFFREY A. MELLO and the
12 case is closed.
13      **IT IS SO ORDERED**.
14 DATED:   September  9, 2010    _____
15                                     /s/ Lawrence J. O'Neill_____
                                      Lawrence J. O'Neill
16                                    United States District Judge
17
18
19
20
21
22
23
24
25
26
27

28